### Frank Bostick v. The State.

#### No. 4494. Decided May 30, 1917.

**1.—Judgment Nisi—Forfeited Bail Bond—Notice of Appeal—Transcript.**

In the absence of a notice of appeal, and of the fact of a faulty transcript, the record can not be considered on appeal.

**2.—Same—Affidavit—Bill of Exceptions—Attorney and Client.**

A bystander's bill of exception, to which affidavit is attached taken by the attorney in the case, can not be considered on appeal.

Appeal from the County Court of Rockwall. Tried below before the Hon. J. W. Reese.

Appeal from a forfeited bail bond, etc.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—The transcript contains an indictment with an order of transfer of said indictment from the District Court to the County Court. It contains a judgment nisi forfeiting appellant's bond; it contains a bill of exceptions not approved by the judge, but attempted to be proved by bystanders. The affidavit of the bystanders is taken by the attorney in the case, and, of course, can not be considered. Then we have the jailer's certificate of commitment. This is the record. It is somewhat difficult to understand just what character of proceeding this was intended to be. The bill of exceptions being out of consideration, there is nothing for the court to consider. There is no notice of appeal, and no action of the court below except the judgment nisi on the forfeited bail bond. In this condition of the record there is nothing for this court to consider, and the appeal is dismissed from the docket.

*Dismissed.*